# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:    JAEGER, STEVEN M | § | Case No. 05-55488 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Room 710
    Chicago, IL 60604

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

      Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  **A hearing on the fee applications and any objection to the Final Report will be held at  on 10 /29 /10 at 2:00 p.m.    in Courtroom B, Park City Branch Court House , 301 Greenleaf Avenue Park City, IL 60085-5725.**  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/24/2010     By:    /s/ Ilene F. Goldstein
                                                                                             Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: JAEGER, STEVEN M § Case No. 05-55488
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,030.06 |
| *and approved disbursements of* | $ 33.49 |
| *leaving a balance on hand of* [1] | $ 19,996.57 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ILENE F. GOLDSTEIN | $ 2,753.01 | $ |
| *Attorney for trustee* | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 5,671.00 | $ 167.50 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,442.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | EZ Cash, dba Lighthouse Financial Group of IL, Inc | $ 4,290.66 | $ 2,282.21 |
| 2 | Heights Finance Corporation | $ 2,856.50 | $ 1,519.38 |
| 3 | Elgin Riverboat Casino d/b/a Grand Victoria Casino | $ 10,700.00 | $ 5,691.35 |
| 4 | Fast Cash Advance | $ 2,619.00 | $ 1,393.05 |
| 5 | Cavalry Portfolio Services | $ 975.87 | $ 519.07 |

**UST Form 101-7-NFR (9/1/2009)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

*Claim Number*     *Claimant*                              *Allowed Amt. of Claim*     *Proposed Payment*

                                     N/A

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*     *Claimant*                              *Allowed Amt. of Claim*     *Proposed Payment*

                                     N/A

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

                                                      Prepared By:  /s/ILENE F. GOLDSTEIN
                                                                                     Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 2                  Date Rcvd: Sep 24, 2010
Case: 05-55488                Form ID: pdf006              Total Noticed: 34

The following entities were noticed by first class mail on Sep 26, 2010.
db           +Steven M Jaeger,    576 Chesterfield Lane,    Barrington, IL 60010-6525
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,   Suite 200,
               Highland Park, IL 60035-3278
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
10256764     +Advance Til Payday,    39 S. Northwest Hwy.,    Palatine, IL 60074-6230
10256771     +AmeriCash Loans,    880 Lee Street, Suite 302,    Des Plaines, IL 60016-6487
10256766     +American Cash N Go,    PO Box 589,    Plainfield, IL 60544-0589
10256768     +American General Financial Services,    20 N. Clark Street, Suite 2600,    Chicago, IL 60602-5106
10256773      Arrow Financial Services,    5996 W. Touhy Avenue,    Niles, IL  60714-4610
10256779     +Cash Now Loans,    317 S. Rohlwing Road,    Palatine, IL 60074-6430
10256782     +Cavalry Portfolio Services,    7 Skyline Drive, Third Floor,    Hawthorne, NY 10532-2156
10256783     +Charter One Bank,    PO Box 1584,    Melville, NY 11747-0584
10256785     +Chase,   Bank One Card Services,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
10256787     +David Miller,    Attorney At Law,    11 S. LaSalle, 19th Floor,    Chicago, IL 60603-1203
10256790      Diversified Services Inc,    PO Box 80185,    Phoenix, AZ  85060-0185
11389038     +EZ Cash, dba Lighthouse Financial Group of IL, Inc,    PO Box 18512,    Tampa, FL 33679-8512
11413345      Elgin Riverboat Casino d/b/a Grand Victoria Casino,    c/o Steven Titiner,
               1700 Farnsworth Avenue,    Aurora, IL 60505-1523
10256810      Fast Cash Advance,    Solomon & Leadley,    Attorneys At Law,    320 East Indian Trail,
               Aurora, IL  60505-1760
10256794      Heights Finance Corporation,    C/O Franks, Gerklin & McKenna, PC,   Attorneys At Law,    PO Box 5,
               Marengo, IL  60152-0005
10256797     +Illinois Title Loans,    56 Villa Street,    Elgin, IL 60120-6548
10256799     +Keith S. Shindler, Ltd.,    Attorney At Law,    1040 S. Milwaukee Ave, Suite 110,
               Wheeling, IL 60090-6375
10256808      Shell/Citibank SD,    PO Box 15687,    Wilmington, DE  19850-5687
10256811     +Steven Titiner,    Attorney At Law,    1700 Farnsworth Avenue,    Aurora, IL 60505-1523
10256812      Sunrise Credit Services Inc,    260 Airport Plaza,    Farmingdale, NY  11735-3946
10256814     +Truemper And Tintiner, Ltd,    Attorneys At Law,    1700 North Farnsworth Avenue,
               Aurora, IL 60505-1523
10256815     +Village Bank & Trust,    234 West Northwest Highway,    Arlington Heights, IL 60004-5934
10256816     +Wells Fargo Acceptance,    PO Box 250,    Essington, PA 19029-0250
10256817      Wexler And Wexler LLC,    Attorneys At Law,    500 W. Madison Street, Suite 2910,
               Chicago, IL  60661-2587
The following entities were noticed by electronic transmission on Sep 24, 2010.
10256765      E-mail/PDF: recoverybankruptcy@afninet.com Sep 25 2010 00:10:06     Afni Inc,   PO Box 3427,
               Bloomington, IL  61702-3427
10256776      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                           Asset Acceptance LLC,
               PO Box 2036,    Warren, MI  48090-2036
10256802      E-mail/Text: ebn@vativrecovery.com                           Palisades Collection LLC,
               PO Box 1274,    Englewood Cliffs, NJ  07632-0274
10256804      E-mail/Text: ebn@phinsolutions.com                           Plaza Associates,   PO Box 18008,
               Hauppauge, NY  11788-8808
10256806     +E-mail/Text: ebn@phinsolutions.com                           RJM Acquisition Funding,
               575 Underhill Blvd, #224,    Syosset, NY 11791-3416
10256807      E-mail/Text: ebn@phinsolutions.com                           RJM Acquisition Funding,
               PO Box 18006,    Hauppauge, NY  11788-8806
10256809     +E-mail/Text: JIM@WSCEINC.COM                           Short Term Loans LLC,
               1400 E. Touhy Avenue #108,    Des Plaines, IL 60018-3338
                                                                                              TOTAL: 7
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          ##+George M Zuganelis,    6841 W Cermak Rd Suite 3,    Berwyn, IL 60402-5564
10256778     ##+Cash 2 Go, Inc.,    2387 N. Hicks Road,    Palatine, IL 60074-1806
10256792     ##+E-Z Cash, USA,    2070 Rand Road Unit Q,    Palatine, IL 60074-2595
10256813     ##+Transworld Systems,    25 Northwest Point Blvd, #750,    Elk Grove Village, IL 60007-1058
                                                                                               TOTALS: 0, * 0, ## 4
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: ahamilton           Page 2 of 2                Date Rcvd: Sep 24, 2010
Case: 05-55488                Form ID: pdf006          Total Noticed: 34

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2010**                        **Signature:**    *Joseph Speetjens*