# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JAEGER, STEVEN M                                     § Case No. 05-55488
                                                            §
                                                            §
Debtor(s)                                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                          Assets Exempt: $2,810.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,405.38      Claims Discharged
                                                  Without Payment: $121,987.15

Total Expenses of Administration: $8,625.00

3) Total gross receipts of $ 20,030.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,030.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,625.00 | 8,625.00 | 8,625.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 111,950.50 | 21,442.03 | 21,442.03 | 11,405.38 |
| **TOTAL DISBURSEMENTS** | $111,950.50 | $30,067.03 | $30,067.03 | $20,030.38 |

     4) This case was originally filed under Chapter 7 on October 14, 2005. The case was pending for 64 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2011      By: /s/ILENE F. GOLDSTEIN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible avoiding Power Litigation | 1241-000 | 20,000.00 |
| Interest Income | 1270-000 | 30.38 |
| **TOTAL GROSS RECEIPTS** | | **$20,030.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,753.01 | 2,753.01 | 2,753.01 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 5,671.00 | 5,671.00 | 5,671.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 167.50 | 167.50 | 167.50 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 17.48 | 17.48 | 17.48 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 16.01 | 16.01 | 16.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,625.00 | 8,625.00 | 8,625.00 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | EZ Cash, dba Lighthouse Financial Group of IL, Inc | 7100-000 | N/A | 4,290.66 | 4,290.66 | 2,282.28 |
| 2 | Heights Finance Corporation | 7100-000 | N/A | 2,856.50 | 2,856.50 | 1,519.42 |
| 3 | Elgin Riverboat Casino d/b/a Grand Victoria Casino | 7100-000 | N/A | 10,700.00 | 10,700.00 | 5,691.51 |
| 4 | Fast Cash Advance | 7100-000 | N/A | 2,619.00 | 2,619.00 | 1,393.09 |
| 5 | Cavalry Portfolio Services | 7100-000 | N/A | 975.87 | 975.87 | 519.08 |
| NOTFILED | Plaza Associates | 7100-000 | 4,468.83 | N/A | N/A | 0.00 |
| NOTFILED | RJM Acquissition Funding | 7100-000 | 1,152.87 | N/A | N/A | 0.00 |
| NOTFILED | Palisades Collection LLC | 7100-000 | 2,114.72 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Services Inc. | 7100-000 | 139.60 | N/A | N/A | 0.00 |
| NOTFILED | Keith Shindler Ltd. | 7100-000 | 2,212.90 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Title Loans | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell/Citibank SD | 7100-000 | 4,468.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven Titiner | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Truemper & Tintiner Ltd. | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wexler & Wexler LLC | 7100-000 | 4,253.36 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems | 7100-000 | 179.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Credit Services Inc. | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Solomon & Leadley | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | David Miller, Attorney at Law | 7100-000 | 1,990.00 | N/A | N/A | 0.00 |
| NOTFILED | Short Term Loans LLC | 7100-000 | 782.08 | N/A | N/A | 0.00 |
| NOTFILED | Cash 2 Go Inc. | 7100-000 | 2,225.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One Bank | 7100-000 | 437.00 | N/A | N/A | 0.00 |
| NOTFILED | Village Bank & Trust | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Acceptance | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advance Till Payday | 7100-000 | 633.30 | N/A | N/A | 0.00 |
| NOTFILED | Afni Inc. | 7100-000 | 2,181.17 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 752.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 6,814.32 | N/A | N/A | 0.00 |
| NOTFILED | AmeriCash Loans | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | American Cash N Go | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Financial Services | 7100-000 | 4,561.35 | N/A | N/A | 0.00 |
| NOTFILED | Cash Now Loans | 7100-000 | 2,325.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 111,950.50 | 21,442.03 | 21,442.03 | 11,405.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-55488  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** JAEGER, STEVEN M  **Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:** 02/09/06
**Period Ending:** 02/01/11  **Claims Bar Date:** 08/22/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 200.00 | 0.00 | | 0.00 | FA |
| 3 | AUTOMOBILES AND OTHER VEHICLES | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | AUTOMOBILES AND OTHER VEHICLES | 14,000.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Possible avoiding Power Litigation (u) | Unknown | 0.00 | | 20,000.00 | FA |
| 7 | Cash on hand<br>    Cash on hand | 10.00 | 10.00 | | 0.00 | FA |
| 8 | Household goods audio, video, and computer<br>    Household goods audio, video, and computer | 200.00 | 200.00 | | 0.00 | FA |
| 9 | Wearing apparel<br>    Wearing apparel | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Life insurance at work company of each policy an<br>    Life insurance at work company of each policy and surrender or refund value of | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1994 Lexus<br>    1994 Lexus | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 12 | 2005 Nissan Altima<br>    2005 Nissan Altima | 14,000.00 | 14,000.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.38 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$48,820.00** | **$24,410.00** | | **$20,030.38** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE FILED HER FINAL REPORT AND DISBURSED ALL OF THE FUNDS. THE TRUSTEE RECENTLY SENT HER FINAL ACCOUNT TO THE UST FOR REVIEW.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2008    **Current Projected Date Of Final Report (TFR):**    September 24, 2010 (Actual)

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-55488  
**Case Name:** JAEGER, STEVEN M  

**Taxpayer ID #:** **-***7068  
**Period Ending:** 02/01/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/08 | {6} | Steven Jaeger | Settlement of threatened litigation | 1241-000 | 20,000.00 | | 20,000.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.96 | | 20,001.96 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.37 | | 20,004.33 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.62 | | 20,006.95 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.18 | | 20,009.13 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.57 | | 20,010.70 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.41 | | 20,012.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,012.92 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 20,013.68 |
| 03/04/09 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #05-55488 | 2300-000 | | 17.48 | 19,996.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 19,997.07 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 19,997.88 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,998.66 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 19,999.53 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,000.37 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,001.21 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,002.02 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,002.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,003.67 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,004.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 20,005.29 |
| 02/19/10 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #05-55488 | 2300-000 | | 16.01 | 19,989.28 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 19,990.04 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 19,990.93 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.51 | | 19,991.44 |
| 04/20/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | 9999-000 | -19,991.44 | | 0.00 |

|  |  | ACCOUNT TOTALS | 33.49 | 33.49 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | -19,991.44 | 0.00 | |
|  |  | **Subtotal** | 20,024.93 | 33.49 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$20,024.93** | **$33.49** | |

{} Asset reference(s)                                                                                                            Printed: 02/01/2011 08:41 AM    V.12.56

Case 05-55488   Doc 59   Filed 02/23/11   Entered 02/23/11 11:54:28   Desc Main
Document    Page 8 of 9

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-55488  
**Case Name:** JAEGER, STEVEN M  

**Taxpayer ID #:** **-***7068  
**Period Ending:** 02/01/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 19,991.44 | | 19,991.44 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.42 | | 19,991.86 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 19,993.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.15 | | 19,994.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.18 | | 19,995.38 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.19 | | 19,996.57 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,996.73 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,996.89 |
| 11/01/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 19,996.89 |
| 11/01/10 | | To Account #9200******2366 | TRANSFER FROM INVESTMENT | 9999-000 | | 19,996.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **19,996.89** | **19,996.89** | **$0.00** |
| | | | Less: Bank Transfers | | 19,991.44 | 19,996.89 | |
| | | | **Subtotal** | | **5.45** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.45** | **$0.00** | |

{} Asset reference(s)

Printed: 02/01/2011 08:41 AM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-55488 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | JAEGER, STEVEN M | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******23-66 - Checking Account |
| **Taxpayer ID #:** | **-***7068 | | **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Period Ending:** | 02/01/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/01/10 | | From Account #9200******2365 | TRANSFER FROM INVESTMENT | 9999-000 | 19,996.89 | | 19,996.89 |
| 11/01/10 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,753.01, Trustee Compensation; Reference: | 2100-000 | | 2,753.01 | 17,243.88 |
| 11/01/10 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,671.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,671.00 | 11,572.88 |
| 11/01/10 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $167.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 167.50 | 11,405.38 |
| 11/01/10 | 104 | EZ Cash, dba Lighthouse Financial Group of IL, Inc | Dividend paid 53.19% on $4,290.66; Claim# 1; Filed: $4,290.66; Reference: | 7100-000 | | 2,282.28 | 9,123.10 |
| 11/01/10 | 105 | Heights Finance Corporation | Dividend paid 53.19% on $2,856.50; Claim# 2; Filed: $2,856.50; Reference: | 7100-000 | | 1,519.42 | 7,603.68 |
| 11/01/10 | 106 | Elgin Riverboat Casino d/b/a Grand Victoria Casino | Dividend paid 53.19% on $10,700.00; Claim# 3; Filed: $10,700.00; Reference: | 7100-000 | | 5,691.51 | 1,912.17 |
| 11/01/10 | 107 | Fast Cash Advance | Dividend paid 53.19% on $2,619.00; Claim# 4; Filed: $2,619.00; Reference: | 7100-000 | | 1,393.09 | 519.08 |
| 11/01/10 | 108 | Cavalry Portfolio Services | Dividend paid 53.19% on $975.87; Claim# 5; Filed: $975.87; Reference: | 7100-000 | | 519.08 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 19,996.89 | 19,996.89 | $0.00 |
| Less: Bank Transfers | 19,996.89 | 0.00 | |
| **Subtotal** | 0.00 | 19,996.89 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$19,996.89** | |

| Net Receipts : | 20,030.38 |
| --- | --- |
| Net Estate : | $20,030.38 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****23-65** | 20,024.93 | 33.49 | 0.00 |
| **MMA # 9200-******23-65** | 5.45 | 0.00 | 0.00 |
| **Checking # 9200-******23-66** | 0.00 | 19,996.89 | 0.00 |
| | **$20,030.38** | **$20,030.38** | **$0.00** |

{} Asset reference(s)     Printed: 02/01/2011 08:41 AM     V.12.56